# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs FABIOLA PEREZ-PEREZ                                         No. 08CR736-JAH

The Court finds excludable delay, under the section indicated by check ( ✓ ),

commenced on __4/1/08__ and ended on __6/16/08__ ;(X7,XT1)

_____ and ended on _____ . (     )

__3161(h)__

___(1)(A)   Exam or hrg for **mental or physical incapacity**                            A

___(1)(B)   **NARA exam**ination (28:2902)                                              B

___(1)(D)   State or Federal trials or **other charges pending**                         C

___(1)(E)   **Interlocutory appeals**                                                    D

___(1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                 E

___(1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                    F

___(1)(J)   **Proceedings under advisement** not to exceed thirty days                   G

___         Misc proc:  Parole or prob rev, deportation, **extradition**                 H

___(1)(H)   **Transportation** from another district or to/from examination              6
            or hospitalization in ten days or less

_X_(1)(I)   Consideration by Court of **proposed plea agreement**                        ⑦

___(2)      **Prosecution deferred** by mutual agreement                                 I

___(3)(A)(B) **Unavailability of defendant** or **essential witness**                    M

___(4)      Period of **mental or physical incompetence** of defendant to                N
            stand trial

___(5)      Period of **NARA commitment or treatment**                                   O

___(6)      **Superseding indictment and/or new charges**                                P

___(7)      **Defendant awaiting trial of co-defendant** when no severance               R
            has been granted

___(8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than              T
            one of the reasons below are given in support of continuance

___(8)(B)(I)  1) Failure to grant a **continuance** in the proceeding                    ⓉⓁ
              would result in a **miscarriage of justice** and
              the ends of justice outweigh the best interest
              of the public and the defendant in a speedy trial.
              **(Continuance - miscarriage of justice)**

_X_           2) Failure to grant a **continuance** of the trial would result in
              a miscarriage of justice as the defendant has tendered a
              guilty plea to a magistrate judge and is awaiting a
              determination as to whether the plea will be accepted.
              **(Continuance - tendered a guilty plea)**

___(8)(B)(ii)  2) **Case** unusual or **complex**                                        T2

___(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days  T3

___(8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,      T4
              or give reasonable time to prepare
              **(Continuance re counsel)**

___3161(I)  Time up to **withdrawal of guilty plea**                                     U

___3161(b)  **Grand jury indictment time extended** thirty (30) more days                W

Date_4/1/08_____                                      _____NLS_____
                                                          Judge's Initials