FILED

08 MAY 21 AM 9:26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>FABIOLA PEREZ-PEREZ,<br><br>                    Defendant. | CASE NO. 08CR00736-001-JAH<br><br>O R D E R |

        Pursuant to a written request from the United States Probation Office, the sentencing date presently set for June 16, 2008, is vacated and reset to August 4, 2008, at 10:30 a.m.

        If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

        DATED: _5-19-08_

_____
John A. Houston
U.S. District Judge

cc: all counsel of record

/rp